# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-000066-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| RONALD WALSH. ) | |

**THIS MATTER** is before the Court upon the Defendant's Notice of Appeal and Motion for Reconsideration of the Magistrate Judge's decision to revoke the Defendant's bond [Doc. 55].

Subsequent to the Magistrate Judge's oral order to revoke the Defendant's bond, the Defendant entered a guilty plea pursuant to a plea agreement. [See Doc. 56]. By virtue of his guilty plea, the Defendant is now being detained pending sentencing pursuant to 18 U.S.C. § 3143. As such, the Defendant's appeal of the Magistrate Judge's revocation of his pretrial release has been rendered moot. See United States v. Bracken, No. 1:11cr74, 2011 WL 4808265, at *2 (W.D.N.C. Oct. 11, 2011).

**IT IS, THEREFORE, ORDERED** that the Defendant's Appeal and Motion for Reconsideration [Doc. 55] are both **DENIED AS MOOT**.

**IT IS SO ORDERED.** Signed: May 3, 2013

Martin Reidinger
United States District Judge